UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHRONE WASHINGTON (#321815)

CIVIL ACTION

VERSUS

15-749-SDD-RLB

UNKOWN VANNOY, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 3, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over any state law claims and the Defendant's *Motion to Dismiss*[3] shall be granted and this matter shall be dismissed.

Baton Rouge, Louisiana the 7 day of February, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.
[3] Rec. Doc. 18.